IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    **Plaintiff**<br><br>    **v.**<br><br>**ELISA ASTACIO-VELAZQUEZ,**<br>    **Defendant** | **Criminal No. 07-003 (ADC)** |

## ORDER

Before the Court is an unopposed Report and Recommendation issued by Magistrate-Judge Bruce J. McGiverin on May 15, 2007. (**Docket No. 37**.) In said Report and Recommendation the Magistrate-Judge recommends that: defendant **Elisa Astacio-Velázquez** be adjudged guilty of the offenses charged in Count Two (18 U.S.C. § 1542) inasmuch as, her plea of guilty was intelligently, knowingly and voluntarily entered.

Neither party has filed objections to the Magistrate-Judge's Report and Recommendation within the time frame provided by the Federal Rules of Criminal Procedure and this Court's Local Rules. See Fed. R. Crim. P. 11; 28 U.S.C. § 636(b)(1)(B); D.P.R. Local Crim. R. 147(b).

After reviewing the record, the Court agrees with the arguments, factual and legal conclusions within the Report and Recommendation. Therefore, the Court hereby **APPROVES** and **ADOPTS** the Magistrate-Judge's Report and Recommendation in its entirety.

Accordingly, a judgment of conviction is to be entered as to Count Two of the indictment in the above-captioned case.

**The sentencing hearing is set for July 23, 2007 at 11:30 a.m.**

**SO ORDERED.**

At San Juan, Puerto Rico, this 11th day of June, 2007.

                                                 S/**AIDA M. DELGADO-COLON**
                                                 **United States District Judge**